## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

**INVALUABLE, LLC**, and **AUCTIONZIP, LLC** ,

Plaintiffs,

v.

**STORAGE UNIT AUCTION LIST, LLC**,
d/b/a AuctionZing and auctionzing.com,

Defendant.

**CASE NO. 1:14-cv-13060-LTS**

## <u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)</u>

Plaintiffs, Invaluable, LLC ("Invaluable") and AuctionZip, LLC (collectively,

"Plaintiffs"), by and through their undersigned attorneys, and pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i), hereby file this Notice of Voluntary Dismissal of this action, with prejudice,

pursuant to a settlement agreement between the parties to this action.  In support of this Notice,

Plaintiffs state that they may so dismiss this action as the opposing party, Defendant Storage Unit

Auction List, LLC, has filed neither an answer nor a motion for summary judgment.

Dated: August 5, 2014

Respectfully submitted,

INVALUABLE LLC, and AUCTIONZIP, LLC


By: */s/* Srikanth Reddy
      Srikanth Reddy, BBO #: 669264
      Ryan E. Thomas, Of Counsel, BBO #: 681374
      Goodwin Procter LLP
      53 State Street
      Boston, MA  02109
      Phone:  (617) 570-1000
      Fax:  (617) 523-1231
      Email: sreddy@goodwinprocter.com
            rthomas@goodwinprocter.com


      David M. Young, Of Counsel (application for
      admission *pro hac vice* filed)
      Virginia Bar No. 35997
      Goodwin Procter LLP
      901 New York Avenue, NW
      Washington, DC 20001
      Phone:  (202) 346-4257
      Fax:  (202) 346-4444
      Email:  dyoung@goodwinprocter.com
      ***Attorneys for Plaintiffs***
      ***Invaluable, LLC and AuctionZip, LLC***


## CERTIFICATE OF SERVICE

I, Srikanth Reddy, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the Defendant through their registered agent, whose address is listed below, on August 5, 2014.

      Storage Unit Auction List, LLC
      c/o Maddison Lake
      14 S. Pack Square, Suite 406
      Asheville, NC 28801.

            /s/ Srikanth Reddy